OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 DEC. 11. 2015

12/9/2015
DIAB, ZACHARIAH    Tr. Ct. No. W06-66168Q(A)    WR-84,207-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

ZACHARIAH DIAB
SEGOVIA UNIT - TDC # 1434945
1201 E. CIBOLO RD.
EDINBURG, TX 78539

RTS
Discharged